IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CALVIN L. MARSHALL**  **PLAINTIFF**
**ADC #090207**

v.  Case No. 2:22-cv-00135-LPR-JTR

**KELLY MCCAIN,**
**Nurse Practitioner, EARU,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge J. Thomas Ray and the Plaintiff's Objections.[1] After a *de novo* review of the PRD and careful consideration of the objections and the entire record, the Court approves and adopts the PRD in its entirety as the Court's findings and conclusions in all respects.

IT IS THEREFORE ORDERED THAT:

1. The following claims proceed:

    (a) Mr. Marshall's Eighth Amendment deliberate indifference work assignment claims against Defendants NP Bennett and Classification Officer Westbrook;

    (b) Mr. Marshall's Eighth Amendment deliberate indifference medical claims against Defendants NP McCain, NP Bennett, Nurse Gollatt, Nurse Askew, Nurse Washington, Nurse Dunn, Nurse Williams, Nurse Turner, and Doe Defendants 1–9;

    (c) Mr. Marshall's First Amendment retaliation claims against Defendants Nurse Gollatt, Nurse Askew, Nurse Washington, Nurse Dunn, Nurse

---

[1] Partial Recommended Disposition (Doc. 10); Pl.'s Objections (Doc. 11).

1

    Williams, Nurse Turner, and Doe Defendants 1–9; and

  (d) Mr. Marshall's corrective inaction claims against Defendants Captain Lane, Deputy Warden Jackson, HSA Rechcigl, and Director Rory Griffin.

2. The following claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted:

  (a) Mr. Marshall's due process loss-of-property claim against Defendant Nurse Reniger;

  (b) Mr. Marshall's Eighth Amendment deliberate indifference claims against Defendants Dr. Berney and Dr. Warmoth;

  (c) Mr. Marshall's Eighth Amendment deliberate indifference claims against Defendants Sergeant Bell, Sergeant Troop, Sergeant Young, and Sergeant King;

  (d) Mr. Marshall's ADA, Rehabilitation Act, and equal protection claims; and

  (e) Mr. Marshall's conspiracy and failure-to-protect state law claims.

3. The Clerk's Office is directed to remove the names of Dr. Heridas, Assistant Director Straughn, Deputy Warden Emsweller, Sergeant Woodard, and Officer Davis from the docket sheet.

4. Nurse Reniger, Dr. Berney, Dr. Warmoth, Sergeant Bell, Sergeant Troop, Sergeant Young, and Sergeant King are TERMINATED as parties to this action.

IT IS SO ORDERED this 29th day of September 2023.

            _____
            LEE P. RUDOFSKY
            UNITED STATES DISTRICT JUDGE