IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CALVIN L. MARSHALL**                                                                                          **PLAINTIFF**
ADC #090207

v.                                       Case No. 2:22-cv-00135-LPR-BBM

**KELLY MCCAIN,**
Nurse Practitioner, EARU, *et al.*                                                               **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Benecia B. Moore (Doc. 49). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court approves and adopts the PRD in its entirety as the Court's findings and conclusions in all respects.[1]

Accordingly, Separate Defendants' Motion for Summary Judgment (Doc. 39) is DENIED. Plaintiff's corrective-inaction claims against Defendants Lane and Jackson will PROCEED for now.

IT IS SO ORDERED this 12th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court wishes to emphasize that (1) the operative Complaint was verified and (2) the uncontested Statement of Undisputed Material Facts does not contradict what the Complaint says about the content of the Step Three appeal of EA-20-01721 (and the content of its rejection). Given those two things, the PRD is correct. The Court need not and therefore does not address whether the phrase "to the extent they are not directly contradicted by the record" in the last sentence on page 2 of the PRD would be accurate in any other circumstances.