**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CALVIN L. MARSHALL** **PLAINTIFF**
**ADC #090207**

**V.** **Case No. 2:22-cv-00135-LPR**

**KELLY MCCAIN,**
**Nurse Practitioner, EARU, *et al.*** **DEFENDANTS**

# JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that:

(1) Judgment is hereby entered for:

(a) Valerie Westbrook and Tracy Bennett, in their individual capacities, on Plaintiff's Eighth Amendment work-assignment deliberate-indifference claims against them;

(b) Shiamekia Golett, Meiko Askew, Rita Washington, and Dunn, in their individual capacities, on Plaintiff's First Amendment retaliation claims against them;

(c) Kelly McCain, Tracy Bennett, Shiamekia Golett, Meiko Askew, Rita Washington, and Dunn, in their individual capacities, on Plaintiff's Eighth Amendment medical-deliberate-indifference claims against them;

(d) Stephen Lane, Anthony Jackson, and Gregory Rechcigl, in their individual capacities, on Plaintiff's corrective-inaction claims against them; and

(e) Kelly McCain, Tracy Bennett, Valerie Westbrook, Shiamekia Golett, Meiko Askew, Rita Washington, Dunn, Stephen Lane, Anthony Jackson, Gregory Rechcigl, and Aundrea Culclager on Plaintiff's official-capacity claims against them.

(2) All other claims brought in this case are DISMISSED without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 23rd day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE